IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-606-WKW |
| | ) | |
| JAMES EMMETT MOSS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On September 6, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 14.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. # 14) is ADOPTED.

2. Defendant Moss's motion to continue (Doc. # 11) is DENIED as moot.

3. Defendant Moss's motion to set aside the entry of default (Doc. # 11) is GRANTED.

4. Defendant Moss's motion to dismiss (Doc. # 11) is DENIED.

5. The Government's motion for default judgment (Doc. # 9) is DENIED as moot.

6.  The Government's motion for permanent injunction (Doc. # 9) is DENIED as premature.

7.  This case is referred back to the Magistrate Judge for additional proceedings.

DONE this 17th day of October, 2017.

                                            /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE